IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-0212-PSF-CBS

JEFFERY HORTON, individually and behalf of all persons similarly situated,

 Plaintiff,

v.

LEADING EDGE MARKETING INC., a British Columbia corporation,
LEADING EDGE MARKETING INC., a Bahamas corporation,
LEADING EDGE MARKETING LTD., a Cyprus company,
LEADING EDGE MARKETING INC., a dissolved Colorado corporation,
UNIPAY PROCESSING, LTD., a Cyprus company,
GEOFFREY M. MACKAY,
DM CONTACT MANAGEMENT LTD., a British Columbia corporation,
ANDREW A. MACKAY,
DOUGLAS R. MACKAY,
TECHNIPAK, L.L.C., a Colorado limited liability company,
MARK D. SCHEIDT,
ADVANCED BOTANICALS, LTD., a British Columbia corporation,

 Defendants.

## ORDER

 This matter is before the Court on Plaintiff's Motion for Review of Class Counsel's Communication with Class Members (Dkt. # 292), filed June 22, 2005. The referral to the Magistrate Judge for this motion only is withdrawn. In light of the ongoing appeal and an order by the Tenth Circuit pursuant to 10th Cir. R. 33.1 abating the case until further notice, the motion is hereby DENIED without prejudice.

 DATED: March 2, 2006

           BY THE COURT:

           *s/ Phillip S. Figa*
           _____
           Phillip S. Figa
           United States District Judge