IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00212-PSF-CBS

JEFFERY HORTON, individually and behalf of all persons similarly situated,

    Plaintiff,

v.

LEADING EDGE MARKETING INC., a British Columbia corporation,
LEADING EDGE MARKETING INC., a Bahamas corporation,
LEADING EDGE MARKETING LTD., a Cyprus company,
LEADING EDGE MARKETING INC., a dissolved Colorado corporation,
UNIPAY PROCESSING, LTD., a Cyprus company,
GEOFFREY M. MACKAY,
DM CONTACT MANAGEMENT LTD., a British Columbia corporation,
ANDREW A. MACKAY,
DOUGLAS R. MACKAY,
TECHNIPAK, L.L.C., a Colorado limited liability company,
MARK D. SCHEIDT,
ADVANCED BOTANICALS, LTD., a British Columbia corporation, and
WARREN S. BRANDER,

    Defendants.
_____

**ORDER**
_____

    Treating Brownstein Hyatt & Farber, P.C.'s Notice of Withdrawal of Connie Peterson as Counsel of Record for Defendants Technipak LLC and Mark Scheidt **(Dkt. # 321)** as a motion to withdraw, the motion is GRANTED.

    DATED April 25, 2006.

                              BY THE COURT:

                              *s: Phillip S. Figa*
                              Phillip S. Figa
                              United States District Judge