IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00212-PSF-CBS

JEFFERY HORTON, individually and behalf of all persons similarly situated,

    Plaintiff,

v.

LEADING EDGE MARKETING INC., a British Columbia corporation,
LEADING EDGE MARKETING INC., a Bahamas corporation,
LEADING EDGE MARKETING LTD., a Cyprus company,
LEADING EDGE MARKETING INC., a dissolved Colorado corporation,
UNIPAY PROCESSING, LTD., a Cyprus company,
GEOFFREY M. MACKAY,
DM CONTACT MANAGEMENT LTD., a British Columbia corporation,
ANDREW A. MACKAY,
DOUGLAS R. MACKAY,
TECHNIPAK, L.L.C., a Colorado limited liability company,
MARK D. SCHEIDT,
ADVANCED BOTANICALS, LTD., a British Columbia corporation, and
WARREN S. BRANDER,

    Defendants.

## ORDER TO ADMINISTRATIVELY CLOSE CASE

    The Court notes that there has been no substantive activity in this matter with this Court since July 2005, and nothing in the appellate record indicates that it will be remanded to the United States District Court in the near future, if at all.  The summary of filings in the appeal of this case before the Tenth Circuit indicates that on November 22, 2005, on that court's own motion and 10th Cir. R. 33.1, the case was abated while on appeal.  No more recent activity in this case before the circuit is noted.

Therefore, the Court determines that rather than staying the case indefinitely, administrative closure pursuant to D.C.COLO.LCivR 41.2 is appropriate. The Clerk of the Court is hereby directed to ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2, subject to any remand by the Tenth Circuit or a request by a party to reopen the case for good cause.

DATED: February 22, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge