IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00212-PSF-CBS

JEFFERY HORTON, individually and behalf of all persons similarly situated,

      Plaintiff,

v.

LEADING EDGE MARKETING INC., a British Columbia corporation,
LEADING EDGE MARKETING INC., a Bahamas corporation,
LEADING EDGE MARKETING LTD., a Cyprus company,
LEADING EDGE MARKETING INC., a dissolved Colorado corporation,
UNIPAY PROCESSING, LTD., a Cyprus company,
GEOFFREY M. MACKAY,
DM CONTACT MANAGEMENT LTD., a British Columbia corporation,
ANDREW A. MACKAY,
DOUGLAS R. MACKAY,
TECHNIPAK, L.L.C., a Colorado limited liability company,
MARK D. SCHEIDT,
ADVANCED BOTANICALS, LTD., a British Columbia corporation, and
WARREN S. BRANDER,

      Defendants.

---

## ORDER ON MOTION TO MODIFY NOTICES AND CLAIM FORM

---

This matter is before the Court on the parties' Stipulated Motion for Order Modifying Notices and Claim Form (Dkt. # 342), filed on September 12, 2007.  In this motion, the parties request the Court's approval of certain minor revisions to the Long Form Notice, Short Form Notice, and Claim Form previously approved by the Court in its August 28, 2007 Order granting preliminary approval of the class settlement (Dkt. # 340).  The Court GRANTS the motion with the following modification.  On page 2, paragraph 4 of the proposed Short Form Notice (Ex. B to Mot. to Modify), the parties

have identified the case number in this matter as "Case No. 04-F-0212."  Any references to this case in the class notices and claim form shall appropriately identify the case number as "Case No. 04-cv-00212-PSF-CBS."

IT IS SO ORDERED.

DATED:  September 18, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge