IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00212-PSF-CBS

JEFFERY HORTON, individually and behalf of all persons similarly situated,

    Plaintiff,

v.

LEADING EDGE MARKETING INC., a British Columbia corporation,
LEADING EDGE MARKETING INC., a Bahamas corporation,
LEADING EDGE MARKETING LTD., a Cyprus company,
LEADING EDGE MARKETING INC., a dissolved Colorado corporation,
UNIPAY PROCESSING, LTD., a Cyprus company,
GEOFFREY M. MACKAY,
DM CONTACT MANAGEMENT LTD., a British Columbia corporation,
ANDREW A. MACKAY,
DOUGLAS R. MACKAY,
TECHNIPAK, L.L.C., a Colorado limited liability company,
MARK D. SCHEIDT,
ADVANCED BOTANICALS, LTD., a British Columbia corporation, and
WARREN S. BRANDER,

    Defendants.

---

**ORDER RE MOTION FOR LEAVE TO DISTRICUTE CUPPLEMENTAL
CLASS NOTICE AND MODIFY CLASS NOTICE DEADLINES**

---

This matter is before the Court on the parties' Stipulated Motion for Leave to Distribute Supplemental Class Notice and to Modify Class Notice Deadlines (Dkt. # 347), filed on November 26, 2007. Having reviewed the motion and being fully advised in the premises, the Court GRANTS the motion, with one exception noted in paragraph 2 below, and ORDERS as follows:

    1.    The Settlement Administrator shall distribute a supplemental notice by electronic mail as soon as practicable, and in no event later than December 14, 2007,

to all Class Members except those who: (i) were sent a notice by postal mail; (ii) have filed a claim; (iii) have excluded themselves from the class; (iv) have filed an objection to the settlement; or (v) have contacted the Settlement Administrator and requested that they not be contacted again.

2. The supplemental notice shall be identical to the Court-approved Short Form Notice previously distributed by electronic mail, with the following exceptions: (i) the subject heading on the message will be modified to state, "Notice of Class Action Settlement – REMINDER"; and (ii) certain deadlines shall be modified as provided in paragraph 3 below. Should the parties wish to make any further changes, including those recommended by Habeas, an electronic mail consulting firm retained by the parties, they may do so only upon motion and further order of this Court.

3. Certain deadlines previously approved by the Court are amended as follows and shall be reflected on the supplemental notice:

    a. The deadline for Class Members to request exclusion from the class or object to the Settlement Agreement is January 14, 2008.

    b. The Claims Period shall end on January 14, 2008.

4. The Settlement Administrator shall file with the Court a certification of compliance with this order no later than December 14, 2007.

5. Absent further order of this Court, the Fairness Hearing remains set for February 4, 2008.

DATED: November 27, 2007

BY THE COURT:

*s/ Phillip S. Figa*

---
Phillip S. Figa
United States District Judge