IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00212-PSF-CBS

JEFFERY HORTON, individually and behalf of all persons similarly situated,

 Plaintiff,

v.

LEADING EDGE MARKETING INC., a British Columbia corporation,
LEADING EDGE MARKETING INC., a Bahamas corporation,
LEADING EDGE MARKETING LTD., a Cyprus company,
LEADING EDGE MARKETING INC., a dissolved Colorado corporation,
UNIPAY PROCESSING, LTD., a Cyprus company,
GEOFFREY M. MACKAY,
DM CONTACT MANAGEMENT LTD., a British Columbia corporation,
ANDREW A. MACKAY,
DOUGLAS R. MACKAY,
TECHNIPAK, L.L.C., a Colorado limited liability company,
MARK D. SCHEIDT,
ADVANCED BOTANICALS, LTD., a British Columbia corporation, and
WARREN S. BRANDER,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

 The parties' Stipulated Motion for Leave to Modify Supplemental Class Notice (Dkt. # 352) is GRANTED. The Settlement Administrator shall distribute the original Notice and Claim forms (as approved in the Court's August 28, 2007 and September 18, 2007 orders, Dkt. ## 340, 343) as soon as practicable to all class members for whom the supplemental electronic mail notice was returned as undeliverable. The Notice and Claim forms shall be accompanied by an insert, in the form of Exhibit A to the parties' motion, noting that the deadlines for class members to file claims, request exclusion from the class, or object to the Settlement have been extended until January 14, 2008. The Settlement Administrator shall file a certificate of compliance with this order by January 4, 2008.

 DATE: December 18, 2007